Charles T. Shanner, for appellant; Kamin & Gleason, for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed December 12, 1950; released for publication January 17, 1951.

## Louise Mueller, Appellee, v. Walter F. Weiland and Edwin W. H. Otto, Appellants.

### Gen. No. 45,114.

Elmer N. Holmgren and Julian C. Ryer, for appellants; Alan J. Altheimer, Isaac B. Lipson and Irving Goodman, of counsel; Alfred F. Beck and Paul F. Koenig, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed December 12, 1950; rehearing denied January 12, 1951; released for publication January 17, 1951.